# RECONSIDERATION OF PRIOR DECISIONS

**2005–1788.   State v. Azbell.**
Richland App. No. 2005–CA–0004, 2005-Ohio-4405. Reported at 112 Ohio St.3d 300, 2006-Ohio-6552, 859 N.E.2d 532. On motion for reconsideration. Motion fails for want of four votes.
 MOYER, C.J., PFEIFER and LANZINGER, JJ., would grant the motion.
 LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., would deny the motion.
 CUPP, J., not participating.

**2006–0168.   State ex rel. Carr v. Akron.**
In Mandamus. Reported at 112 Ohio St.3d 351, 2006-Ohio-6714, 859 N.E.2d 948. On motion for reconsideration. Motion denied.
 CUPP, J., not participating.

**2006–1331.   State v. Holloway.**
Cuyahoga App. Nos. 86426 and 86427, 2006-Ohio-2591, 2006-Ohio-2591. Reported at 111 Ohio St.3d 496, 2006-Ohio-6114, 857 N.E.2d 141. On motion for reconsideration. The motion is granted to the following extent: The cause is remanded to the court of appeals for consideration of appellee's remaining assignments of error.
 PFEIFER and O'DONNELL, JJ., dissent.
 CUPP, J., not participating.

**2006–1549.   State ex rel. Brown v. Rhodes.**
Hancock App. No. 5–05–25, 2006-Ohio-3394. Reported at 112 Ohio St.3d 153, 2006-Ohio-6523, 858 N.E.2d 412. On motion for reconsideration. Motion denied.
 PFEIFER, J., dissents.
 CUPP, J., not participating.

**2006–1646.   Adoption Link, Inc. v. Suver.**
Greene App. No. 06–CA–81, 2006-Ohio-4438. Reported at 112 Ohio St.3d 166, 2006-Ohio-6528, 858 N.E.2d 424. On motion for reconsideration. Motion denied.
 CUPP, J., not participating.

**2006–1725.   State v. Wellman.**
Franklin App. No. 05AP-386, 2006-Ohio-3808. Reported at 112 Ohio St.3d 1420, 2006-Ohio-6712, 859 N.E.2d 558. On motion for reconsideration. Motion fails for want of four votes.
 MOYER, C.J., and O'CONNOR, J., would grant the motion, accept the appeal, and hold the cause for the decision in 2006–1245 and 2006–1383, *State v. Payne,* Franklin App. No. 05AP-517, 2006-Ohio-2552.
 LANZINGER, J., would grant the motion, accept the appeal on Proposition of Law No. III, and hold the cause for the decision in 2006–1245 and 2006–1383, *State v. Payne,* Franklin App. No. 05AP-517, 2006-Ohio-2552.
 PFEIFER, J., LUNDBERG STRATTON and O'DONNELL, JJ., would deny the motion.
 CUPP, J., not participating.

**2006–1944.   A. Schulman, Inc. v. Levin.**
Board of Tax Appeals, No. 2004–B–370. Reported at 112 Ohio St.3d 1208, 2006-Ohio-6677, 859 N.E.2d 553. On motion for reconsideration. Motion denied.
 PFEIFER, J., dissents.
 CUPP, J., not participating.